UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KENNETH A. NELSON, RITA DIEL-BROWN, :
EUGENE THOMAS GOESSLING, AND PAMELA E. :
GOESSLING on Behalf of Themselves and all Others :
Similarly Situated, :
 :
                  Plaintiffs, :
 : No. 3:13-cv-604-J-25MCR
  -vs- :
 :
NIPPON YUSEN KABUSHIKI KAISHA, NYK LINE :
(NORTH AMERICA) INC., WILH. WILHELMSEN :
HOLDING ASA, WILH. WILHELMSEN ASA, MISTU :
O.S.K. LINES, LTD., KAWASAKI KISEN KAISHA, :
LTD., "K" LINE AMERICA, INC., EUKOR VEHICLE :
CARRIERS INC., WALLENIUS WILHELMSEN :
LOGISTICS AS, WALLENIUS WILHELMSEN :
LOGISTICS AMERICAS LLC, WALLENIUS LINES :
AB, COMPANIA SUD AMERICANA DE VAPORES :
S.A., TOYOFUJI SHIPPING CO., LTD. and NISSAN :
MOTOR CAR CARRIER CO., LTD., :
 :
                  Defendants :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b), Fed. R. Civ. P., Defendants Wilh. Wilhelmsen Holding ASA, Wilh. Wilhelmsen ASA, Wallenius Wilhelmsen Logistics AS, Wallenius Wilhelmsen Logistics Americas LLC, Wallenius Lines AB., EUKOR Vehicle Carriers Inc. (collectively, the "Undersigned Defendants") hereby move, unopposed by Plaintiffs KENNETH A. NELSON, RITA DIEL-BROWN, EUGENE THOMAS GOESSLING, and PAMELA E. GOESSLING

(collectively "the Plaintiffs") and the other Defendants in this case, this Court for an order extending time to respond to the Complaint and in support thereof state as follows:

1. The Plaintiffs have filed a complaint on behalf of indirect purchasers of vehicle carrier services against a number of defendants alleging violations of Section 1 of the Sherman Act and various state laws in connection with sales of vehicle carrier services (the "Complaint").

2. At least twelve other similar civil actions have been filed in three other District Courts across the country, including the District of New Jersey, the Northern and the Southern District of California.

3. On June 13, 2013, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed before the Joint Panel on Multidistrict Litigation (the "JPML") for transfer and consolidation and/or coordination of the Related Actions and the Plaintiffs in this action have filed a Response to the JPML Motion supporting consolidation and transfer.

4. The Undersigned Defendants expect that a consolidated amended complaint ("CAC") will be filed in this action following an order of the JPML.

5. Desiring to preserve party and judicial resources, all parties to this action have previously entered into a stipulation agreeing, among other things, that Defendants should not be required to respond to any complaints until 45 days after the filing of a Consolidated Amended Complaint. A copy of that stipulation is annexed hereto as Exhibit A. A form order, reflecting the terms of this stipulation is annexed hereto as Exhibit B.

6. This motion is unopposed, will not prejudice any party and is made in good faith and not for the purpose of delay. Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with counsel for Plaintiff, who is not opposed to the requested relief.

WHEREFORE, the Undersigned Defendants respectfully move that this court grant an additional enlargement of time to file and serve its response to the Complaint in this matter consistent with the Stipulation annexed as Exhibit A and the proposed order annexed as Exhibit B.

Respectfully submitted,

Date:  July 22, 2013                                **HOGAN LOVELLS US LLP**

By:  /s/ Laura Besvinick
    Steven M. Edwards
    Laura Besvinick
    600 Brickell Avenue
    Suite 2700
    Miami, FL 33131
    Phone: 305-459-6500

*Counsel for Defendants Wilh. Wilhelmsen Holding ASA, Wilh. Wilhelmsen ASA, Wallenius Wilhelmsen Logistics AS, Wallenius Wilhelmsen Logistics Americas LLC, Wallenius Lines AB., EUKOR Vehicle Carriers Inc.*

3

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 22, 2013, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system. I further certify that I caused true and correct copies of these documents to be served directly on all parties to this action.

                 s/ Laura Besvinick