# EXHIBIT A

| **BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** | |
|---|---|
| **IN RE VEHICLE CARRIER SERVICES ANTITRUST LITIGATION**<br><br>***THIS DOCUMENT RELATES TO ALL CASES:*** | MDL NO. 2471 |
| United States District Court<br>District of New Jersey<br><br>*F. Ruggiero & Sons, Inc., et al. v. NYK Line (North America) Inc., et al.* | No.: 2:13-av-03306-ES-SCM |
| United States District Court<br>Middle District of Florida (Jacksonville Division)<br><br>*Kenneth A. Nelson, et al. v. Nippon Yusen Kabushiki Kaisha, et al.* | No.: 3:13-cv-00604-HLA-MCR |
| *United States District Court*<br>*Northern District of California*<br><br>*Joan MacQuarrie, et al. v. Nippon Yusen Kabushiki Kaisha, et al.* | No.: 3:13-cv-2409-JST |
| United States District Court<br>District of New Jersey<br><br>*Bethanne Knudson v. NYK Line (North America) Inc., et al.* | No.: 2:13-cv-03485-ES-SCM |
| United States District Court<br>For the Southern District of California<br><br>*David Schroeder v. Nippon Yusen Kabushiki Kaisha, et al.* | No.: 3:13-cv-1319-DHB |
| United States District Court<br>Middle District of Florida (Jacksonville Division)<br><br>*Estaban Adame v. Nippon Yusen Kabushiki Kaisha, et al.* | No.: 3:13-cv-00651-J-99-HLA-JBT |

| | |
|---|---|
| United States District Court<br>For the Northern District of California (San Francisco Division)<br><br>*Martens Cars of Washington, Inc., et al. v. Nippon Yusen Kabushiki Kaisha, et al.* | No.: 3:13-cv-02696-EDL |
| United States District Court<br>Northern District of California<br><br>*Sean Spicer, et al. v. Nippon Yusen Kabushiki Kaisha, et al.* | No.: 3:13-cv-02894-DMR |
| United States District Court<br>Northern District of California<br><br>*Ashton Levis, et al. v. Nippon Yusen Kabushiki Kaisha, et al.* | No.: 3:13-cv-02895-NC |
| United States District Court<br>For the Southern District of California<br><br>*Ross Stasik v. Nippon Yusen Kabushiki Kaisha Ltd., et al.* | No.: 3:13-cv-1467-LAB-BLM |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS**

WHEREAS, Plaintiffs have filed complaints on behalf of indirect purchasers of vehicle carrier services against a number of defendants alleging violations of Section 1 of the Sherman Act and various state laws in connection with sales of vehicle carrier services (the "Complaints");

WHEREAS, several related civil actions have been filed in District Courts across the country, including *F. Ruggiero & Sons, Inc., et al. v. NYK Line (North America) Inc. et al.*, District of New Jersey, No. 2:13-cv-03306-ES-SCM (filed May 24, 2013); *Nelson v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-00604-HLA-MCR (M.D. Fla., May 24, 2013); *MacQuarrie, et al. v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-2409-JST (N.D. Cal., May 28, 2013); *Knudson v. NYK Line (North America), Inc.*, No. 2:13-cv-03485-ES-SCM (D.N.J., June 5, 2013); *Schroeder v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-01319-DHB (S.D.

Cal., June 6, 2013); *Adame v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-00651-HAL-JBT (M.D. Fla., June 6, 2013); *Martens Cars of Wash., Inc., et al. v. Nippon Yusen Kabushiki Kaisha*, No. 3:13-cv-02696-EDL (N.D. Cal., June 12, 2013); *Levis, et al. v. Nippon Yusen Kabushiki Kaisha, et al.*, Northern District of California, No. 3:13-cv-02895-NC (filed June 24, 2013); *Spicer et al. v. Nippon Yusen Kabushiki Kaisha, et al.*, Northern District of California, No. 3:13-cv-02894-DMR (filed June 24, 20133); *Stasik v. Nippon Yusen Kabushiki et al.*, No. 13-cv-1467-LAB-BLM (S.D. Cal. filed June 25, 2013);and it is possible that other such related actions will continue to be filed (collectively, the "Related Actions");

WHEREAS, on June 13, 2013, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed before the Joint Panel on Multidistrict Litigation (the "JPML") for transfer and consolidation and/or coordination of several of the Related Actions. Plaintiffs and Stipulating Defendants expect that a consolidated amended complaint ("CAC") will be filed in this action following an order of the JPML;

WHEREAS, Plaintiffs and the undersigned Defendants (collectively, the "Stipulating Defendants") desire to preserve both party and judicial resources pending the filing of a CAC;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. Subject to paragraph 4 below, the Stipulating Defendants shall have no obligation to respond to the Complaints in the Related Actions until after the JPML has entered an order in connection with the motion for transfer and consolidation and/or coordination.

2. If any of the Related Actions are consolidated and/or coordinated for pretrial proceedings, the Stipulating Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move,

or otherwise respond to the CAC that consolidates this action and any Related Actions within 45 days after a CAC is filed, unless the transferee court sets a different schedule. In the event the Plaintiffs serve notice that they will not file a CAC, then the Stipulating Defendants will have 45 days from the notice to respond to the Complaints.

3. If any of the Related Actions are not consolidated and/or coordinated for pretrial proceedings, the Stipulating Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move, or otherwise respond to the Complaints within 45 days after entry of any such order.

4. Notwithstanding paragraphs (2) and (3), above, if any Stipulating Defendant responds to any discovery request, participates in any meet and confer, files an answer, moves, and/or otherwise responds pursuant to Fed. R. Civ. P. 12 in any of the Related Actions before the date required by this Stipulation, that Stipulating Defendant will serve Plaintiffs with discovery, meet and confer, answer, move, and/or otherwise respond concurrently in any Related Action, unless such action has not been filed with a court for 21 days, in which case the Stipulating Defendant will serve Plaintiffs with discovery, meet and confer, answer, move, and/or otherwise respond within the time required by the Federal Rules of Civil Procedure in that action.

5. By entering into this Stipulation, the Stipulating Defendants do not waive: (a) any jurisdictional defenses that may be available under Fed. R. Civ. P. 12; (b) any affirmative defenses under Fed. R. Civ. P. 8; (c) any other statutory or common law defenses that may be available to the Stipulating Defendants in any of the Related Actions; or (d) any right to seek or oppose any reassignment, transfer, or consolidation alternatives with respect to any of the Related Actions. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the extant complaints or any amended and/or consolidated complaint that may be in any of the Related Actions. Nothing herein shall

be construed as an acknowledgment of service of process, a waiver of objections to service of process or an appearance by any defendant in any of the Related Actions.

6. Plaintiffs further agree that this Stipulation is available, without further stipulation, to all other named defendants who notify the Plaintiffs in writing of their intention to join this Stipulation (such defendants will become a Stipulating Defendant).

7. Nothing in this Stipulation shall preclude Plaintiffs or the Stipulating Defendants from seeking to amend the filing deadlines set forth herein.

Dated: July 3, 2014

COUNSEL FOR PLAINTIFFS:

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: [signature]
Hollis Salzman
Bernard Persky
William V. Reiss
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400

James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI OLSTEIN, BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

*Counsel for Plaintiffs F. Ruggiero & Sons, Inc., and Robert O'rourke*

**SUSMAN GODFREY L.L.P.**

By:__________________
Warren T. Burns
Daniel Charest
Terry Oxford
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900

Douglas D. Chunn
**DOUGLAS D. CHUNN, P.A.**
4495-304 Roosevelt Boulevard
Jacksonville, Florida 33210-3356
Telephone: (904) 355-8800

*Counsel for Plaintiffs Kenneth A. Nelson, Rita Diel-Brown, Eugene Thomas Goessling, and Pamela E. Goessling*

be construed as an acknowledgment of service of process, a waiver of objections to service of process or an appearance by any defendant in any of the Related Actions.

6. Plaintiffs further agree that this Stipulation is available, without further stipulation, to all other named defendants who notify the Plaintiffs in writing of their intention to join this Stipulation (such defendants will become a Stipulating Defendant).

7. Nothing in this Stipulation shall preclude Plaintiffs or the Stipulating Defendants from seeking to amend the filing deadlines set forth herein.

Dated: July 3, 2014

COUNSEL FOR PLAINTIFFS:

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:________________________
Hollis Salzman
Bernard Persky
William V. Reiss
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400

James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI OLSTEIN, BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

*Counsel for Plaintiffs F. Ruggiero & Sons, Inc., and Robert O'rourke*

**SUSMAN GODFREY L.L.P.**

By: [signature]
Warren T. Burns
Daniel Charest
Terry Oxford
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900

Douglas D. Chunn
**DOUGLAS D. CHUNN, P.A.**
4495-304 Roosevelt Boulevard
Jacksonville, Florida 33210-3356
Telephone: (904) 355-8800

*Counsel for Plaintiffs Kenneth A. Nelson, Rita Diel-Brown, Eugene Thomas Goessling, and Pamela E. Goessling*

**COTCHETT, PITRE & McCARTHY, LLP**

By:______________________________

Steven N. Williams
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

Elizabeth C. Pritzker
**PRITZKER LAW**
633 Battery Street, Suite 110
San Francisco, CA 94111
Telephone: (415) 692-0772

*Counsel for Plaintiffs Joan MacQuarrie and Brenda Keegan*

**WEINSTEIN KITCHENOFF & ASHER LLC**

By:______________________________

Steven A. Asher
Mindee J. Reuben
Jeremy S. Spiegel
Edward H. Skipton, III
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200

James Cecchi
**CARELLA, BYRNE, CECCHI OLSTEIN, BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

Larry S. McDevitt
David M. Wilkerson
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
(828) 258-2991

*Counsel for Plaintiff Bethanne Knudson*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

By: [signature]
Betsy C. Manifold
Francis M. Gregorek
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599

Daniel W. Krasner
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600

*Counsel for Plaintiff David Schroeder*

**STRANGE & CARPENTER**

By: [signature]
Brian Strange
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055

Stuart A. Davidson
Paul Geller
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Telephone: (561) 750-3000

*Counsel for Plaintiff Esteban Adame*

**PRATT & ASSOCIATES**

By: [signature]
Ben F. Pierce Gore
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone: (408) 369-0800

Jonathan W. Cuneo
Katherine Van Dyck
**CUNEO GILBERT & LADUCA LLP**
507 C Street N.E.
Washington, D.C. 20002
Telephone: (202) 789-3960

*Counsel for Plaintiff Martens Cars of Washington, Inc. et al.*

**COTCHETT, PITRE & McCARTHY, LLP**

By:____________________
Steven N. Williams
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

Bryan L. Clobes
**CAFFERTY, CLOBES, MERIWETHER & SPRENGEL LLP**
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Telephone: (215) 864-2800

*Counsel for Plaintiffs Sean Spicer, Phyllis Rosen, Gustavo Adolfo Perez and Jennifer Frozenza*

**COTCHETT, PITRE & McCARTHY, LLP**

By:____________________
Steven N. Williams
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

Howard J. Sedran
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

*Counsel for Plaintiffs Ashton Levis and Bruce Hertz*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: [signature]
Betsy C. Manifold
Francis M. Gregorek
750 B. Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599

Randall S. Newman
37 Wall Street, Penthouse D
**RANDALL S. NEWMAN PC**
New York, NY 10005
Telephone: (213) 797-3737

*Counsel for Plaintiff Ross Stasik*

COUNSEL FOR DEFENDANTS:

**WILMER CUTLER PICKERING HALE & DORR LLP**

By: [signature]
Steven F. Cherry
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6321

*Counsel for Defendants Compania Sud Americana de Vapores, S.A. and CSAV Agency LLC (indentified as CSAV Agency North America LLC in certain complaints)*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:________________________
Steven J. Kaiser
Mark W. Nelson
Jeremy Calsyn
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500

*Counsel for Defendants "K" Line America, Inc. and Kawasaki Kisen Kaisha, Ltd.*

**ARNOLD & PORTER LLP**

By:________________________
James L. Cooper
Danielle M. Garten
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

*Counsel for Defendants Mitsui O.S.K. Lines, Ltd., Mitsui O.S.K. Bulk Shipping (U.S.A.), Inc., MOL (America), Inc., MOL Logistics (U.S.A.), Inc., Nissan Motor Car Carrier Co., Ltd., World Logistics Service (U.S.A.) Inc. and World Transport Co. Ltd.*

**BAKER & HOSTETLER LLP**

By:________________________
John R. Fornaciari

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-1612

*Counsel for Defendants NYK Line (North America) Inc. and Nippon Yusen Kabushiki Kaisha*

COUNSEL FOR DEFENDANTS:

**WILMER CUTLER PICKERING HALE & DORR LLP**

By:______________________________
Steven F. Cherry
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6321

*Counsel for Defendants Compania Sud Americana de Vapores, S.A. and CSAV Agency North America, LLC*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:______________________________
Steven J. Kaiser
Mark W. Nelson
Jeremy Calsyn
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500

*Counsel for Defendants "K" Line America, Inc. and Kawasaki Kisen Kaisha, Ltd.*

**ARNOLD & PORTER LLP**

By:______________________________
James L. Cooper
Danielle M. Garten
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

*Counsel for Defendants Mitsui O.S.K. Lines, Ltd., Mitsui O.S.K. Bulk Shipping (U.S.A.), Inc., MOL (America), Inc., MOL Logistics (U.S.A.), Inc., Nissan Motor Car Carrier Co., Ltd., World Logistics Service (U.S.A.) Inc. and World Transport Co. Ltd.*

**BAKER & HOSTETLER LLP**

By:______________________________
John R. Fornaciari

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-1612

*Counsel for Defendants NYK Line (North America) Inc. and Nippon Yusen Kabushiki Kaisha*

COUNSEL FOR DEFENDANTS:

**WILMER CUTLER PICKERING HALE & DORR LLP**

By:____________________________
Steven F. Cherry
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6321

*Counsel for Defendants Compania Sud Americana de Vapores, S.A. and CSAV Agency North America, LLC*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:____________________________
Steven J. Kaiser
Mark W. Nelson
Jeremy Calsyn
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500

*Counsel for Defendants "K" Line America, Inc. and Kawasaki Kisen Kaisha, Ltd.*

**ARNOLD & PORTER LLP**

By:____________________________
James L. Cooper
Danielle M. Garten
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

*Counsel for Defendants Mitsui O.S.K. Lines, Ltd., Mitsui O.S.K. Bulk Shipping (U.S.A.), Inc., MOL (America), Inc., MOL Logistics (U.S.A.), Inc., Nissan Motor Car Carrier Co., Ltd., World Logistics Service (U.S.A.) Inc. and World Transport Co. Ltd.*

**BAKER & HOSTETLER LLP**

By:____________________________
John R. Fornaciari

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-1612

*Counsel for Defendants NYK Line (North America) Inc. and Nippon Yusen Kabushiki Kaisha*

COUNSEL FOR DEFENDANTS:

**WILMER CUTLER PICKERING HALE & DORR LLP**

By:____________________________
Steven F. Cherry
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6321

*Counsel for Defendants Compania Sud Americana de Vapores, S.A. and CSAV Agency North America, LLC*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:____________________________
Steven J. Kaiser
Mark W. Nelson
Jeremy Calsyn
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500

*Counsel for Defendants "K" Line America, Inc. and Kawasaki Kisen Kaisha, Ltd.*

**ARNOLD & PORTER LLP**

By:____________________________
James L. Cooper
Danielle M. Garten
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

*Counsel for Defendants Mitsui O.S.K. Lines, Ltd., Mitsui O.S.K. Bulk Shipping (U.S.A.), Inc., MOL (America), Inc., MOL Logistics (U.S.A.), Inc., Nissan Motor Car Carrier Co., Ltd., World Logistics Service (U.S.A.) Inc. and World Transport Co. Ltd.*

**BAKER & HOSTETLER LLP**

By:____________________________
John R. Fornaciari

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-1612

*Counsel for Defendants NYK Line (North America) Inc. and Nippon Yusen Kabushiki Kaisha*

**MORGAN, LEWIS & BOCKIUS LLP**

By: [signature]
Scott A. Stempel
J. Clayton Everett, Jr.
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Telephone: (202) 739-3000

*Counsel for Defendant Toyofuji Shipping Co.*

**BALLARD SPAHR LLP**

By:____________________
Roberto A. Rivera-Soto
Stephen J. Kastenberg
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Telephone: (856) 761-3400

**HOGAN LOVELLS US LLP**

By:____________________
Steven M. Edwards
Robert B. Buehler
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3506

*Counsel for Defendants Wilh. Wilhelmsen Holding ASA, Wilh. Wilhelmsen ASA, Wallenius Wilhelmsen Logistics AS, Wallenius Wilhelmsen Logistics Americas LLC, Wallenius Lines AB., WWL Vehicle Services Americas Inc., EUKOR Vehicle Carriers Inc., American Shipping and Logistics Inc., American Roll-on Roll-off Carrier, LLC, and American Auto Logistics, LP*

**MORGAN, LEWIS & BOCKIUS LLP**

By:______________________________
Scott A. Stempel
J. Clayton Everett, Jr.
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Telephone: (202) 739-3000

*Counsel for Defendant Toyofuji Shipping Co.*

**BALLARD SPAHR LLP**

By:______________________________
Roberto A. Rivera-Soto
Stephen J. Kastenberg
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Telephone: (856) 761-3400

**HOGAN LOVELLS US LLP**

By:______________________________
Steven M. Edwards
Robert B. Buehler
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3506

*Counsel for Defendants Wilh. Wilhelmsen Holding ASA, Wilh. Wilhelmsen ASA, Wallenius Wilhelmsen Logistics AS, Wallenius Wilhelmsen Logistics Americas LLC, Wallenius Lines AB., WWL Vehicle Services Americas Inc., EUKOR Vehicle Carriers Inc., American Shipping and Logistics Inc., American Roll-on Roll-off Carrier, LLC, and American Auto Logistics, LP*

Dated: ____________________

SO ORDERED:

__________________________________